IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:09CR177 |
| | ) | |
| GREGORY EUGENE MCGHEE, | ) | Honorable Anthony J. Trenga |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION FOR REDUCTION IN SENTENCE

The United States, by and through undersigned counsel, hereby moves to reduce defendant Gregory Eugene McGhee's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure based on the defendant's substantial assistance in the government's investigation and prosecution of others who have committed crimes. The Substantial Assistance Committee of the United States Attorney's Office carefully evaluated all of the details of the defendant's cooperation and, for the reasons stated in the memorandum being filed under seal, has approved a recommendation of approximately a 66% reduction, from 180 months to 60 months of imprisonment, pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:   /s/
Daniel J. Grooms
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
daniel.grooms@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2010, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Drewry B. Hutcheson, Jr., Esq.
>Counsel for the Defendant

                              /s/
Daniel J. Grooms
Assistant United States Attorney
Attorney for United States
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
FAX: 703-299-3981
Email Address: daniel.grooms@usdoj.gov